UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| BETTY SUE LYNN JEWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:25-cv-00264-RLY-CSW |
| | ) | |
| WALMART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT & RECOMMENDATION**

This matter is before the Court *sua sponte* after Plaintiff's failure to appear at a scheduled teleconference and Plaintiff's failure to comply with the Court's Orders at (Dkts. 19, 21). For the reasons described herein, the undersigned Magistrate Judge RECOMMENDS the district court judge order this case be dismissed with prejudice.

## I.    BACKGROUND

On October 17, 2025, Plaintiff Betty Sue Lynn Jewell ("Plaintiff") filed a Complaint in Vanderburgh County Court against Defendant Walmart Stores East, L.P. ("Defendant"). (Dkt. 1-2). On December 3, 2025, Defendant removed this action to the United States District Court for the Southern District of Indiana. (Dkt. 1).

On March 13, 2026, counsel for the Plaintiff filed a *Motion to Withdraw Appearance for Plaintiff*. (Dkt. 14). At the April 9, 2026, Telephonic Status Conference at which the *Motion* was addressed, Plaintiff confirmed her understanding of the *Motion* and the effect of counsel's withdrawal — namely, Plaintiff would have to proceed in this matter *pro se* unless she secured new counsel. Thereafter, the Court granted the *Motion*. (Dkt. 19). Plaintiff confirmed that she would either retain new counsel who would enter his or her appearance or inform of her intent to proceed in this matter *pro se*, on or before May 10, 2026. The

Court ordered the same. Plaintiff also confirmed she or new counsel would appear before the Court on May 27, 2026, for a telephonic status conference.

On May 15, 2026, the Court issued an Order to Show Cause on Plaintiff's failure to comply with its directive for either new counsel to enter his or her appearance or Plaintiff to notice the Court of her intent to proceed *pro se*. (Dkt. 21). In it, the Court ordered Plaintiff to file notice of whether she intends to proceed *pro se* **on or before May 26, 2026**. The Court warned: failure to comply may result in dismissal of this action for failure to prosecute. (*Id.* (emphasis in the original)). As of the date of this Entry, Plaintiff has filed no such notice.

On May 27, 2026, the Court held a Telephonic Status Conference. (Dkt. 23). Defendant appeared by counsel. Plaintiff failed to appear.

## II.   RECOMMENDATION

The Undersigned finds Plaintiff has failed to comply with the Court's Orders at (Dkts. 19, 21) and failed to appear at a scheduled conference, of which she had notice. Thus, Plaintiff has failed to prosecute her case and demonstrated an intent to altogether abandon the case.

The Undersigned therefore **RECOMMENDS** the district court judge **ORDER** this action be dismissed with prejudice.

**SO RECOMMENDED.**

Date: May 28, 2026

Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

BETTY SUE LYNN JEWELL
1911 S. Helfrich Avenue
Evansville, IN 47712