UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

BETTY SUE LYNN JEWELL,          )
                                     )
            Plaintiff,          )
                                     )
            v.                 )      No. 3:25-cv-00264-RLY-CSW
                                     )
WALMART STORES EAST, LP,    )
                                     )
            Defendant.     )

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Magistrate Judge recommends that the court dismiss this action with prejudice for Plaintiff's failure to comply with the court's orders. The court, having considered the same, **ADOPTS** the Report and Recommendation and **DISMISSES** with action **WITH PREJUDICE**.

**IT IS SO ORDERED** this 4th day of June 2026.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution to all ECF-registered counsel of record via email and by U.S. mail to:

BETTY SUE LYNN JEWELL
1911 S. Helfrich Avenue
Evansville, IN 47712

1